IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:90-cr-01007-MMP

ALAIN STRONG,

  Defendant.
_____/

### O R D E R

This matter is before the Court on Doc. 298, Motion for Remission of Fine, filed by the United States of America. In the motion, the Government moves, under 18 U.S.C. § 3573, for remission of all the unpaid portion of the fine imposed on June 17, 1996, against Defendant Alain Strong. The Court has considered the Petition and the pertinent parts of the record, and finds that there is no reasonable likelihood that expending further efforts to collect this fine would produce any revenue to the United States. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Petition is granted and all of the unpaid portion of the $25,000.00 fine, plus interest and penalties, if any, imposed June 17, 1996, is hereby vacated and remitted.

**DONE AND ORDERED** this  *9th* day of July, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge