# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

      VS                                      CASE NO. 1:90-CR-01007-11 MMP

ALAIN STRONG

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: __X__ Fine, ____ Restitution, ____ Filing Fee, ____ Attorney Admission Fee, ____ Copy Fee, ____ Bond, ____ Other (Specify) _____

By: _____Alain Strong #24911-013_____ (Payee)
Address: Coleman, USP
         PO Box 1033
         Coleman, FL 33521

Receipt Number __B090808DFLN190CR001007__ Date of Receipt ____10/28/08____

Motion: N/A

Explanation: An order to remit the balance of Mr. Strong's $25,000.00 fine was signed on July 9, 2008. The Clerk's Office received $150.00 on the September 2008 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Strong does not owe any additional money. Requesting authorization to refund the $150.00 overpayment and any other payments we may receive from the BOP for this case. There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ____s/Philip Detweiler_____
            Philip Detweiler, Financial Specialist        Date: October 30, 2008

Referred by: _____,Deputy Clerk _____

## ORDER OF COURT

It is ORDERED this __4th__ day of __November__, 2008, that the Clerk refund the identified funds to the payee.

                                                    ___s/Maurice M. Paul_____
                                                    MAURICE M. PAUL, SENIOR
                                                    UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99